```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
_____
                              )
DONNA LAYNE,                  )
                              )
        Plaintiff,            )
                              )
     v.                       )    C.A. No. 05-CV-11096-NG
                              )
LORI BULLEN, ET AL,           )
                              )
             Defendants.      )
_____)
```

NOTICE OF APPEARANCE

To the Clerk:

    Please enter my appearance as counsel for the defendants in the above-captioned matter.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN,
                              United States Attorney

                By:   /s/ Rayford A. Farquhar
                      Assistant U.S. Attorney
                      John J. Moakley Federal Courthouse
                      1 Courthouse Way, Suite 9200
                      Boston, MA   02210
                      (617) 748-3100

Dated: December 21, 2005

**CERTIFICATE OF SERVICE**

Suffolk, ss.                                Boston,
Massachusetts                               December 21, 2005

    I hereby certify that a true copy of the above document was served upon Eugene S. Johnson, 264 Broadway, Suite 502, Methuen MA 01844 by First Class Mail.

                                         /s/ Rayford A. Farquhar
                                         Rayford A. Farquhar
                                         Assistant U.S. Attorney