UNITED STATES DISTRICT COURT
DISTRICT OF BOSTON, MASSACHUSETTS

SUFFOLK, ss                                                     Docket No: 05 CV 11096

Donna Layne,
Plaintiff

v.

Lori Bullen,
Marsha Cannon,
Inspector Harrington,
Allen Douillette,
Defendants

PLAINTIFF'S OPPOSITION TO DISMISS

**Now comes** the Plaintiff, Donna Layne, in the above entitled action and opposes Defendants' Motion to Dismiss on the following grounds:

This court does have jurisdiction over this matter because there is a federal question to be litigated. In addition, this court has supplemental jurisdiction because the issues that would ordinarily arise in state court arose from the Plaintiff's rights being violated in the criminal investigation of theft of postal funds. (Please see attached Memorandum.)

                                                Respectfully submitted,
                                                By Donna Layne
                                                By her attorney,

Dated:  January 6, 2006

                                                /s/ Eugene C. Johnson, Esq.
                                                BBO #: 659713
                                                264 Broadway – Suite 502
                                                Methuen, Massachusetts 01844
                                                (978) 691-5544

**CERTIFICATE OF SERVICE**

A copy of this Opposition and supporting Memorandum have been served on the Defendants by delivering a copy, postage prepaid, to Michael Sullivan, Esq. and Rayford Farquhar, Esq., located at John Joseph Moakley Courthouse, 1 Courthouse Way, Boston, MA 02210. _____.